**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Case No. 25-CR-201**

**BRUSHAWN[1] THOMAS,**

**Defendant.**

---

# REPORT AND RECOMMENDATION TO ACCEPT DEFENDANT'S GUILTY PLEA

---

The United States of America and the defendant appeared before me pursuant to Federal Rule of Criminal Procedure 11. The defendant pled guilty to one count(s) of the information.

After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by independent factual bases containing each of the essential elements of the offense(s).

NOW, THEREFORE, IT IS RECOMMENDED that the defendant's plea of guilty be accepted; that a presentence investigation and report be prepared; and that the defendant be adjudicated guilty and have sentence imposed accordingly.

---

[1] The defendant indicated this is the proper spelling of his first name.

**The parties have agreed, in paragraph 36 of the plea agreement, that the district judge may immediately accept and adopt this recommendation and adjudicate the defendant guilty.**

Dated at Milwaukee, Wisconsin, this 14th day of September, 2026.

Stephen C. Dries

STEPHEN C. DRIES
United States Magistrate Judge