**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRUSHAWN M. THOMAS,

Defendant.

Case No. 25-CR-201-JPS

**ORDER**

In October 2025, a grand jury returned a seven-count Indictment against Defendant, charging him with wire fraud in violation of 18 U.S.C. §§ 1343 and 2(a). ECF No. 1. On September 14, 2026, the United States filed a single-count Information charging Defendant with violating 18 U.S.C. §§ 641 and 2(a). ECF No. 60. The same day, the parties filed a plea agreement indicating that Defendant would plead guilty to the single count in the Information, and that the United States would move to dismiss the Indictment at the time of sentencing. ECF No. 62.

On September 14, 2026, the parties appeared before Magistrate Judge Stephen C. Dries to conduct a plea colloquy pursuant to the Federal Rule of Criminal Procedure 11. ECF No. 63. Defendant entered a plea of guilty as to Count One of the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*; ECF No. 65.

The same day, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 65. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), written objections to that recommendation, or any part thereof, can be filed within fourteen days of the date of service of the recommendation. However, the parties in this case have agreed, in paragraph thirty-six of the plea agreement, that the Court may immediately accept and adopt this recommendation and adjudicate Defendant guilty. *Id.*; ECF No. 62. The Court has considered Magistrate Judge Dries' recommendation, and since the parties have waived the time limits under 28 U.S.C. § 636(b)(1)(B), will adopt it at this time.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries' Report and Recommendation, ECF No. 65, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 14th day of September, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge